

**1:15-mj-553**

Ewing, Michelle (USAOHS)    to: Arthur_Hill@ohsd.uscourts.gov    02/03/2017 03:49 PM

From: "Ewing, Michelle (USAOHS)" <Michelle.Ewing@usdoj.gov>
To: "Arthur_Hill@ohsd.uscourts.gov" <Arthur_Hill@ohsd.uscourts.gov>,

Arthur,

We can unseal this case.

Thank you.

Sincerely,

*Michelle Ewing*
Paralegal Specialist
United States Attorney's Office
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202
513-684-3711